IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**F. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01212 KJM EFB (PC)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME** |

Defendants Kaihe, Hernandez, Gonzalez, and Goto ("Defendants") applied for an extension of time to file their responsive pleading. Having considered all documents filed in connection with the Application and good cause having been shown, Defendants' Motion is **GRANTED**.

IT IS HEREBY ORDERED that:

1. Defendants' Motion is GRANTED; and

2. Defendants must file a responsive pleading on or before fourteen days after the Court issues a decision on the Motion to Revoke Plaintiff's In Forma Pauperis Status and Dismiss the Case as Malicious (ECF No. 22).

Dated: November 17, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1