UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aaron Witkin, | No. 2:22-cv-01212-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| F. Gonzalez, et al., | |
| Defendants. | |

Plaintiff Michael Aaron Witkin moves pro se to alter or amend the judgment under Federal Rule of Civil Procedure 59(e).  ECF No. 44.  He contends the court erred in adopting the Magistrate Judge's findings and recommendations, relying on arguments he made in previous filings.  *See id.* at 4.  Rule 59(e) "may not be used to relitigate old matters, or to raise arguments or present evidence that could have been made prior to the entry of judgment." *Exxon Shipping Co. v. Baker*, 554 U.S. 471, 485 n.5 (2008) (citation omitted).  The motion is **denied**.

Defendants' motion for an extension of time (ECF No. 46) is therefore denied as moot.

IT IS SO ORDERED.

DATED: October 31, 2024.

UNITED STATES DISTRICT JUDGE

1