UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aaron Witkin, | No. 2:22-cv-01212-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| F. Gonzalez, et al., | |
| Defendants. | |

Plaintiff Michael Aaron Witkin moves pro se to obtain relief from the judgment, ECF No. 43, under Federal Rule of Civil Procedure 60(b). ECF No. 48. He relies on arguments he made in previous filings. *See id.* at 2. Federal Rule of Civil Procedure 60(b) "provides that a court may relieve a party from a final judgment for certain specified reasons or, in a catchall provision, for 'any other reason that justifies relief.'" *Lenk v. Monolithic Power Sys., Inc.*, 20-cv-08094-BLF, 2024 WL 591898 (N.D. Cal., Jan. 19, 2024) (quoting Fed. R. Civ. P. 60(b)(6)). The catchall provision, Rule 60(b)(6), "is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." *United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993). Witkin has not shown he is entitled to relief under the specified reasons of Rule 60(b) or under its catchall provision. The motion is **denied.**

/////

1

1         IT IS SO ORDERED.

2    DATED:  December 6, 2024.

_____
UNITED STATES DISTRICT JUDGE