IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL AARON WITKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**F. GONZALEZ, et al.,**<br><br>Defendants. | 2:22-cv-01212-DJC-EFB (PC)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Edmund F. Brennan<br>Trial Date:  Not Set<br>Action Filed:  July 11, 2022 |

Defendants R. Kaihe, M. Hernandez, F. Gonzalez, and C. Goto respectfully submit this Motion for an Extension of Time to File and Serve a Responsive Pleading to Plaintiff's Second Amended Complaint [Dkt. No. 15] in the matter ("Motion"). The Court has read and considered the Motion and supporting documents. Good cause having been shown, the Court GRANTS the Motion for an extension of time.

///

///

///

///

///

1

IT IS SO ORDERED that the deadline for Defendants R. Kaihe, M. Hernandez, F. Gonzalez, and C. Goto to file and serve a responsive pleading to Plaintiff's Second Amended Complaint is hereby extended to July 19, 2026.

Dated:  June 18, 2026

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

SA2023303865

[Proposed] Order Granting Req. for Extension of Time to File and Serve a Responsive Pleading
(2:22-cv-01212-DJC-EFB (PC))